**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

YOLANDA DYE,

  Plaintiff,

CASE NO.:  2:17-CV-02791

-vs-

CONN APPLIANCES, INC.,

  Defendant.

_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, YOLANDA DYE, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail this 11th day of April, 2018 to the following: all counsel of record.

*/s/ Octavio Gomez*
Octavio Gomez, Esquire *Admitted PHV
Florida Bar No.: 0338620
Morgan & Morgan, Tampa,  P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tele:  (813) 223-5505
Fax:  (813) 223-5402
Primary Email: TGomez@ForThePeople.com
Secondary Email: LDobbins@ForThePeople.com
*Attorney for Plaintiff*