UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**YOLANDA DYE,**

      **Plaintiff,**

v.                                                                                      Cv. No. 17-2791-JTF

**CONN APPLIANCES, INC.,**

      **Defendant.**

# JUDGMENT

    Decision by Court.   This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order of Dismissal entered on May 16, 2018.

**APPROVED:**

*s/John T. Fowlkes, Jr.*                                                   THOMAS M. GOULD
JOHN T. FOWLKES, JR.                                        CLERK
UNITED STATES DISTRICT JUDGE

May 16, 2018                                                                s/Lorri J. Fentress
DATE                                                                     (BY) LAW CLERK